9

Frank RADWANSKI v. FISHER BODY OHIO COMPANY. (Circuit Court of Appeals, Sixth Circuit. March 2, 1925.) No. 4301. In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. William J. Shaver and Day & Day, all of Cleveland, Ohio, for plaintiff in er-

ror. Tolles, Hogsett, Ginn & Morley, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.